**OCTOBER 23rd, 2009**                                                          **UTICA, NEW YORK**
**HON. DAVID N. HURD, Presiding**
**Clerk: Craig B. Minor**
**Steno: Nancy Freddoso**

10:05 A.M.   COURT IN SESSION

Peggy Mousaw,

    vs.

The County of Saint Lawrence, et al.                                            7:09-CV-523

    Defts' motion to dismiss the complaint (13)–DECISION RESERVED.  (Ct to issue written decision)

Appearances: Stephen Ciotoli for pltf, Lindsey Hazelton for defts

10:40 A.M.  Recessed.