# O'HARA, O'CONNELL & CIOTOLI
### ATTORNEYS AND COUNSELORS AT LAW

7207 East Genesee Street
Fayetteville, New York 13066-1262
Telephone (315) 451-3810
Fax (315) 451-5585

November 24, 2009

**ORDER - 11/27/09**

*This request is granted. The parties shall notify the Magistrate Judge that a decision has been reached and request that a Rule 16 conference be scheduled promptly after the decision is issued.*

Hon. Gustave J. DiBianco
U.S. District Court
100 S. Clinton Street
P.O. Box 7367
Syracuse, New York 13261-7367

Re:  Mousaw v. The County of St. Lawrence, et al.
     Index No.: 7:09-cv-00523
     Our File: 18838.0002

Dear Hon. DiBianco:

Please be advised that the parties to the above-referenced action appeared before Judge Hurd on a Motion to Dismiss on October 23, 2009. As the motion was taken under submission and a decision has not yet been made, we respectfully request that the Rule 16 conference currently scheduled for December 9, 2009, be adjourned until after the motion is decided. At that time we will write the Court requesting a new conference date.

If this is acceptable to the Court please sign below as "So Ordered." Thank you for your time and consideration in this matter.

Very truly yours,

O'HARA, O'CONNELL & CIOTOLI

S/ Stephen Ciotoli
Stephen Ciotoli
Bar Roll Number: 512228

IT IS SO ORDERED
*/s/ G.J. DiBianco*
Hon. Gustave J. DiBianco

{W0146176.1}